FIRST UNION NAT'L BANK v. INGOLD

No. 33P00

Case below: 136 N.C.App. 262

Petition by defendants (Spratts and Warren) for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000.

FRAZIER v. MURRAY

No. 493A99

Case below: 135 N.C.App. 43

Motion by defendant to dismiss appeal allowed 3 February 2000.

FROST v. MAZDA MOTOR OF AMERICA

No. 582P99

Case below: COA99-1377 and Forsyth County Superior Court

Motion by defendant for temporary stay allowed 3 February 2000. Petition by defendant (Primus Automotive Financial Services, Inc.) for writ of certiorari to review the orders of the North Carolina Court of Appeals allowed 2 March 2000. Petition by defendant (Primus Automotive Financial Services, Inc.) for writ of certiorari to review the order of the Superior Court, Forsyth County allowed 2 March 2000. Petition by defendant (Primus) for writ of supersedeas of the judgment of the Court of Appeals allowed 2 March 2000.

GARBER v. GREAT-WEST LIFE & ANNUITY ASSURANCE CO.

No. 541A99

Case below: 135 N.C.App. 384

Joint motion by defendant and plaintiff to withdraw appeal allowed 21 January 2000.

GUILFORD COUNTY v. TURLINGTON

No. 472P99

Case below: 134 N.C.App. 732

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1999.